**RIMAC MARTIN**, P.C.
ANNA M. MARTIN SBN 154279
1051 Divisadero Street
San Francisco, CA 94115
amartin@rimacmartin.com
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

Attorneys for Defendants
CIGNA CORP. (*specially appearing*); LIFE INSURANCE COMPANY OF NORTH AMERICA; and THE GAP INC. DISABILITY PLAN

Lee S. Harris SBN 76699
**GOLDSTEIN GELLMAN MELBOSTAD HARRIS & McSPARRAN LLP**
1388 Sutter Street, Suite 1000
San Francisco, CA 94109-5494
lharris@g3mh.com
Tel: 415.673.5600
Fax: 415.673.5606

Attorneys for Plaintiff
TROY CHRISTENSEN

# IN THE UNITED STATES DISTRICT COURT
# IN THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| TROY CHRISTENSEN, | CASE NO. 3:14-cv-00849 JSW |
| Plaintiff, | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER** |
| v. | |
| CIGNA CORP.; CIGNA HOLDINGS INC.; CG CORP.; CIGNA HEALTH AND LIFE INSURANCE COMPANY; CIGNA GROUP INSURANCE; LIFE INSURANCE COMPANY OF NORTH | |

1

STIPULATION OF DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER
Case No. 3:14-cv-00849 JSW

| | |
|---|---|
| 1 | AMERICA; and THE GAP INC. HEALTH ) |
| | AND LIFE, DISABILITY AND FLEXIBLE ) |
| 2 | SPENDING ACCOUNT PLAN, ) |
| | ) |
| 3 | Defendants. ) |

IT IS HEREBY STIPULATED by and between the Plaintiff TROY CHRISTENSEN and Defendants CIGNA CORP. (*specially appearing*); LIFE INSURANCE COMPANY OF NORTH AMERICA; and THE GAP INC. DISABILITY PLAN (improperly served and sued herein as THE GAP INC. HEALTH AND LIFE, DISABILITY AND FLEXIBLE SPENDING ACCOUNT PLAN), by and through their counsel of record herein, that Defendants CIGNA CORPORATION, CIGNA HEALTH & LIFE INSURANCE CO., CIGNA HOLDINGS, INC. and CIGNA GROUP INSURANCE may be, and hereby are, dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The parties shall bear their own respective attorney fees and costs of suit.

The only remaining defendants are Life Insurance Company of North America and The Gap, Inc. Disability Plan.

**SO STIPULATED.**

DATED: March 28, 2014

**RIMAC MARTIN, P.C.**

By: */s/ Anna M. Martin*
ANNA M. MARTIN
Attorneys for Defendant
CIGNA CORP. (*specially appearing*); LIFE INSURANCE COMPANY OF NORTH AMERICA; and THE GAP INC. HEALTH AND LIFE, DISABILITY AND FLEXIBLE SPENDING ACCOUNT PLAN

**GOLDSTEIN GELLMAN MELBOSTAD HARRIS & McSPARRAN LLP**

DATED: March 28, 2014

By: */s/ Lee S. Harris*
LEE S. HARRIS
Attorney for Plaintiff
TROY CHRISTENSEN

2
STIPULATION OF DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER
Case No. 3:14-cv-00849 JSW

**IT IS SO ORDERED:**

DATED: April 1, 2014

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE