Lee S. Harris SBN 76699
**GOLDSTEIN GELLMAN MELBOSTAD HARRIS & McSPARRAN LLP**
1388 Sutter Street, Suite 1000
San Francisco, CA 94109-5494
lharris@g3mh.com
Tel: 415.673.5600
Fax: 415.673.5606

Attorneys for Plaintiff
TROY CHRISTENSEN


**RIMAC MARTIN**, P.C.
ANNA M. MARTIN SBN 154279
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

Attorneys for Defendants
CIGNA CORP. (*specially appearing*); LIFE INSURANCE COMPANY OF NORTH AMERICA; and THE GAP INC. DISABILITY PLAN

# IN THE UNITED STATES DISTRICT COURT
# IN THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| TROY CHRISTENSEN, | CASE NO. 4:14-cv-00849 JSW |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS;** |
| v. | **[PROPOSED] ORDER** |
| CIGNA CORP.; CIGNA HOLDINGS INC.; CG CORP.; CIGNA HEALTH AND LIFE INSURANCE COMPANY; CIGNA GROUP INSURANCE; LIFE INSURANCE COMPANY OF NORTH | |

1

STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS;
[PROPOSED] ORDER
Case No. 4:14-cv-00849 JSW

| | |
|---|---|
| AMERICA; and THE GAP INC. HEALTH AND LIFE, DISABILITY AND FLEXIBLE SPENDING ACCOUNT PLAN, | )<br>)<br>)<br>) |
| Defendants. | ) |

**IT IS HEREBY STIPULATED,** by and between the parties hereto through their respective attorneys, **Defendants' Motion to Dismiss For Failure to Exhaust Administrative Remedies is continued to June 20, 2014 at 9:00 A.M.,** so that Plaintiff may have additional time within which to respond. Good cause exists as the parties have met and conferred regarding the motion and the pleadings. Upon review by the parties it was agreed that the extension will allow Plaintiff time to adequately brief the issues raised by Defendants' motion. The opposition and reply dates are to be calendared by the parties pursuant to court rules based upon the new motion date. The date chosen was the soonest calendar date available pursuant to court rules and both the parties and Judge White's calendar to allow a minimum of 2 additional weeks briefing time for Plaintiff. The change will not alter any other date or event already fixed by Court order.

**SO STIPULATED.**

                                        **GOLDSTEIN GELLMAN MELBOSTAD HARRIS & McSPARRAN LLP**

DATED: April 11, 2014          By: _/s/ Lee S. Harris_
                                        LEE S. HARRIS
                                        Attorney for Plaintiff
                                        TROY CHRISTENSEN

                                        **RIMAC MARTIN, P.C.**

DATED: April 11, 2014          By: _/s/ Anna M. Martin_
                                        ANNA M. MARTIN
                                        Attorneys for Defendant

CIGNA CORP. (*specially appearing*); LIFE INSURANCE COMPANY OF NORTH AMERICA; and THE GAP INC. HEALTH AND LIFE, DISABILITY AND FLEXIBLE SPENDING ACCOUNT PLAN

**IT IS SO ORDERED:**

DATED: April 14, 2014

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE