1  **RIMAC MARTIN**, P.C.
   ANNA M. MARTIN SBN 154279
2  1051 Divisadero Street
   San Francisco, CA 94115
3  amartin@rimacmartin.com
4  Telephone: (415) 561-8440
   Facsimile: (415) 561-8430
5

   Attorneys for Defendants
6  CIGNA CORP. (*specially appearing*); LIFE INSURANCE COMPANY OF NORTH
7  AMERICA; and THE GAP INC. DISABILITY PLAN

8  Lee S. Harris SBN 76699
   **GOLDSTEIN GELLMAN MELBOSTAD**
9  **HARRIS & McSPARRAN LLP**
   1388 Sutter Street, Suite 1000
10 San Francisco, CA 94109-5494
11 lharris@g3mh.com
   Tel: 415.673.5600
12 Fax: 415.673.5606

13 Attorneys for Plaintiff
   TROY CHRISTENSEN
14

15              IN THE UNITED STATES DISTRICT COURT
16              IN THE NORTHERN DISTRICT OF CALIFORNIA
                        OAKLAND DIVISION
17

18

| | |
|---|---|
| TROY CHRISTENSEN, | CASE NO. 4:14-cv-00849 JSW |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING DATE AND MODIFY BRIEFING SCHEDULE FOR PLAINTIFF'S OPPOSITION AND DEFENDANTS' REPLY TO DEFENDANTS' MOTION TO DISMISS; [~~PROPOSED~~] ORDER** AS MODIFIED |
| v. | |
| CIGNA CORP.; CIGNA HOLDINGS INC.; CG CORP.; CIGNA HEALTH AND LIFE INSURANCE COMPANY; CIGNA GROUP INSURANCE; LIFE INSURANCE COMPANY OF NORTH | |
| | **Current Hearing Date: June 20, 2014** |

1

STIPULATION TO MODIFY BRIEFING SCHEDULE FOR PLAINTIFF'S OPPOSITION
AND DEFENDANTS' REPLY TO DEFENDANTS' MOTION TO DISMISS; [~~XXXXXXXX~~]
ORDER
Case No. 4:14-cv-00849 JSW

| | |
|---|---|
| AMERICA; and THE GAP INC. HEALTH AND LIFE, DISABILITY AND FLEXIBLE SPENDING ACCOUNT PLAN,<br><br>　　　　Defendants. | ) New Hearing Date: July 25, 2014<br>)<br>)<br>)<br>) |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Plaintiff TROY CHRISTENSEN and Defendants LIFE INSURANCE COMPANY OF NORTH AMERICA and THE GAP INC. DISABILITY PLAN may have additional time within which to prepare their respective oppositions and reply to Defendants' Motion to Dismiss for Failure to Exhaust Administrative Remedies. **Plaintiff's Opposition to Defendants' Motion to Dismiss shall be due on or before June 20, 2014. Defendants' Reply In Support of their Motion to Dismiss shall be due on or before June 27, 2014.** The hearing date was scheduled by this Court for June 20, 2014. The continuance of the deadlines will require a new hearing date of July 25, 2014.

　　　　Good cause exists to grant this modification as defense counsel's father is terminally ill and is in hospice with an estimated week to live which will make the June 6, 2014 date to file the reply very difficult.

　　　　This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendants hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

//
//
//
//

2
STIPULATION TO MODIFY BRIEFING SCHEDULE FOR PLAINTIFF'S OPPOSITION AND DEFENDANTS' REPLY TO DEFENDANTS' MOTION TO DISMISS; [PROPOSED] ORDER
Case No. 4:14-cv-00849 JSW

1 | SO STIPULATED.
2 |                                    RIMAC MARTIN, P.C.
3 | DATED: May 27, 2014              By: /s/ Anna M. Martin
                                       ANNA M. MARTIN
4 |                                    Attorneys for Defendant
                                       CIGNA CORP. (*specially appearing*); LIFE
5 |                                    INSURANCE COMPANY OF NORTH
                                       AMERICA; and THE GAP INC. HEALTH AND
6 |                                    LIFE, DISABILITY AND FLEXIBLE SPENDING
                                       ACCOUNT PLAN
7 |
                                       **GOLDSTEIN GELLMAN MELBOSTAD**
8 |                                    **HARRIS & McSPARRAN LLP**

9 | DATED: May 27, 2014              By: /s/ Lee S. Harris
                                       LEE S. HARRIS
10 |                                   Attorney for Plaintiff
                                       TROY CHRISTENSEN

11 | **IT IS SO ORDERED:** Plaintiff's opposition brief shall be filed no later than May 30, 2014.
12 | DATED:                Defendant's reply brief shall be filed no later than June 20, 2014.
                           The hearing on the motion is continued to July 25, 2014 at 9:00 a.m.
13 | May 28, 2014
14 |                                   _____
                                       HON. JEFFREY S. WHITE
15 |                                   UNITED STATES DISTRICT JUDGE

---

3

STIPULATION TO MODIFY BRIEFING SCHEDULE FOR PLAINTIFF'S OPPOSITION
AND DEFENDANTS' REPLY TO DEFENDANTS' MOTION TO DISMISS; [PROPOSED]
ORDER
Case No. 4:14-cv-00849 JSW