**Lee S. Harris SBN 76699**
　LHarris@g3mh.com
Adrian Hern SBN 202958
　Ahern@g3mh.com
GOLDSTEIN, GELLMAN, MELBOSTAD,
HARRIS & McSPARRAN LLP
1388 Sutter Street, Suite 1000
San Francisco, CA  94109-5494
Tel.: (415) 673-5600
Fax: (415) 673-5606

Attorneys for Plaintiff
TROY CHRISTENSEN

**Anna M. Martin SBN 154279**
RIMAC MARTIN, P.C.
1051 Divisadero Street
San Francisco, CA 94115
amartin@rimacmartin.com
Tel: (415) 561-8440 | Fax: (415) 561-8430

Attorneys for Defendants LIFE INSURANCE COMPANY OF NORTH AMERICA; and THE GAP INC. DISABILITY PLAN

# UNITED STATES DISTRICT COURT

# IN THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| TROY CHRISTENSEN,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA and THE GAP INC. HEALTH AND LIFE, DISABILITY AND FLEXIBLE SPENDING ACCOUNT PLAN;<br><br>　　　　　Defendants. | Case No.:  4:14-cv-00849-JSW<br><br>**STIPULATION TO CONTINUE THE 7/25/14 CASE MANAGEMENT CONFERENCE HEARING TO 8/15/14** AND ORDER THEREON<br><br>Complaint Filed:　11/4/13<br>Trial Date:　　　None set. |

　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Plaintiff TROY CHRISTENSEN and Defendants LIFE INSURANCE COMPANY OF NORTH AMERICA and THE GAP INC. DISABILITY PLAN request a continuance of the Case Management Conference currently scheduled for July 25, 2014 at 11:00

1  a.m.    The parties request that the Case Management Conference be continued to August 15,
2  2014 at 11:00 a.m.
3         Good cause exists to grant this continuance as Defendants filed a Motion to Dismiss
4  currently scheduled for hearing on July 25, 2014 at 9:00 a.m. in this matter.  Rescheduling the
5  CMC will allow the court adequate time to hear and consider Defendant's Motion to Dismiss.
6         This document is being electronically filed through the Court's ECF System.  In this
7  regard, counsel for the Plaintiff hereby attests that (1) the content of this document is acceptable
8  to all persons required to sign the document; (2) Defendants' counsel has concurred with the
9  filing of this document; and (3) a record supporting this concurrence is available for inspection
10 or production if so ordered.

11 **SO STIPULATED.**

12                                       Respectfully submitted,

13 Dated:  July 3, 2014           **GOLDSTEIN, GELLMAN, MELBOSTAD,**
                                  **HARRIS & MCSPARRAN, LLP**
14

15                                       ／s／ Lee S. Harris *[electronically signed]*
                                         Lee S. Harris
16                                       Adrian Hern
                                         Attorneys for Plaintiff
17                                       Attorneys for Plaintiff TROY CHRISTENSEN

18
                                         **RIMAC MARTIN, P.C.**
19

20                                       ／s／ Anna M. Martin *[electronically signed]*
                                         Anna M. Martin
21                                       Attorneys for Defendants
                                         CIGNA CORP. (specially appearing); LIFE
22                                       INSURANCE COMPANY OF NORTH AMERICA; and
                                         THE GAP INC.DISABILITY PLAN
23

24                          **SIGNATURE CERTIFICATION**

25        This document is being electronically filed through the Court's ECF System. In this
26 regard, counsel for Plaintiff hereby attests that (1) the content of this document is acceptable to
27 all persons required to sign the document; (2) Defense Counsel has concurred with the filing of
28

this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

**IT IS SO ORDERED:**   The Case Management Conference is continued to August 15, 2014 at 11:00 a.m.

DATED:   July 7, 2014

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE