United States District Court
For the Northern District of California

1
2
3
4
5
6                       IN THE UNITED STATES DISTRICT COURT
7
8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9   TROY CHRISTENSEN,
10              Plaintiff,                          No. C 14-00849 JSW
11      v.
12  CIGNA CORP., ET AL.,                            **ORDER VACATING HEARING**
13              Defendants.
                                              /
14
15          Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss which has
16  been noticed for hearing on Friday, July 25, 2014 at 9:00 a.m., is appropriate for decision
17  without oral argument.  Accordingly, the hearing date is hereby VACATED.  The motion will
18  be taken under submission and decided on the papers.
19          **IT IS SO ORDERED.**
20
21  Dated:   July 22, 2014                        _____
22                                                JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28