**RIMAC MARTIN**, P.C.
ANNA M. MARTIN SBN 154279
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA
and THE GAP INC. DISABILITY PLAN

Lee S. Harris SBN 76699
Adrian Hern SBN 202958
**GOLDSTEIN GELLMAN MELBOSTAD**
**HARRIS & McSPARRAN LLP**
1388 Sutter Street, Suite 1000
San Francisco, CA 94109-5494
lharris@g3mh.com
Tel: 415.673.5600
Fax: 415.673.5606

Attorneys for Plaintiff
TROY CHRISTENSEN

# IN THE UNITED STATES DISTRICT COURT
# IN THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| TROY CHRISTENSEN, | CASE NO. 4:14-cv-00849 JSW |
| Plaintiff, | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE;** |
| v. | [~~PROPOSED~~] **ORDER** |
| CIGNA CORP.; CIGNA HOLDINGS INC.; CG CORP.; CIGNA HEALTH AND LIFE INSURANCE COMPANY; CIGNA GROUP INSURANCE; LIFE INSURANCE COMPANY OF NORTH AMERICA; and THE GAP INC. HEALTH | |

1

STIPULATION OF DISMISSAL OF ACTON WITH PREJUDICE; [~~PROPOSED~~] ORDER
Case No. 4:14-cv-00849 JSW

AND LIFE, DISABILITY AND FLEXIBLE SPENDING ACCOUNT PLAN,

        Defendants.

**IT IS HEREBY STIPULATED** by and between the Plaintiff TROY CHRISTENSEN and Defendants LIFE INSURANCE COMPANY OF NORTH AMERICA and THE GAP INC. DISABILITY PLAN, by and through their counsel of record herein, that the captioned action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The parties shall bear their own respective attorney fees and costs of suit.

**SO STIPULATED.**

        **RIMAC MARTIN, P.C.**

DATED: September 24, 2014    By: */s/ Anna M. Martin*
        ANNA M. MARTIN
        Attorneys for Defendants
        LIFE INSURANCE COMPANY OF NORTH AMERICA and THE GAP INC. DISABILITY PLAN

        **GOLDSTEIN GELLMAN MELBOSTAD HARRIS & McSPARRAN LLP**

DATED: September 24, 2014    By: */s/ Lee S. Harris*
        LEE S. HARRIS
        Attorney for Plaintiff
        TROY CHRISTENSEN

**IT IS SO ORDERED:**

DATED: September 26, 2014

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 1051 Divisadero Street, San Francisco, California 94115.

On September 25, 2014, the following document is being filed electronically and will be available for viewing and downloading from the Court's CM/ECF system:

***STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER***

The Notice of Electronic Case Filing Automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the Northern District of California who have consented to electronic service shall constitute service of the filed document to all such parties.

Executed on September 25, 2014 at San Francisco, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

| Fatima Bonilla | */s/Fatima Bonilla* |
|---|---|
| (Type or print name) | (Signature) |